Maxwell R. Huffman (SBN 264687)
mhuffman@scott-scott.com
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508

*Counsel for Plaintiff Iron Workers Local Union No. 401*

[Additional counsel on signature page.]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| MICHAEL O'NEILL, Derivatively on Behalf of BLOCK, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JACK DORSEY, AMRITA AHUJA, ROELOF BOTHA, AMY BROOKS, SHAWN CARTER, PAUL DEIGHTON, RANDALL GARUTTI, JAMES MCKELVEY, MARY MEEKER, ANNA PATTERSON, SHARON ROTHSTEIN, LAWRENCE SUMMERS, DAVID VINIAR, and DARREN WALKER,<br><br>Individual Defendants,<br><br>-and-<br><br>BLOCK, INC.,<br><br>Nominal Defendant. | Case No. 5:25-cv-08682-NW<br><br>Hon. Noël Wise, U.S.D.J.<br><br>**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING CONSOLIDATION OF RELATED SHAREHOLDER DERIVATIVE ACTIONS** |

[Caption continued on next page.]

| | |
|---|---|
| IRON WORKERS LOCAL UNION NO. 401, Derivatively on Behalf of Nominal Defendant BLOCK, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JACK DORSEY, JIM MCKELVEY, ROELOF BOTHA, PAUL DEIGHTON, MARY MEEKER, ANNA PATTERSON, SHARON ROTHSTEIN, LAWRENCE SUMMERS, DAVID VINIAR, DARREN WALKER, AMRITA AHUJA, AMELIA CHILDRESS, BRIAN GRASSADONIA, and SIVAN WHITELEY,<br><br>Defendants,<br><br>– and –<br><br>BLOCK, INC.,<br><br>Nominal Defendant. | Case No. 4:26-cv-08765-TSH |

WHEREAS, on October 9, 2025, Plaintiff Michael O'Neill ("O'Neill"), on behalf of Nominal Defendant Block, Inc. ("Block" or the "Company"), filed a Verified Stockholder Derivative Complaint against certain current and former directors and officers of Block, commencing *O'Neill v. Dorsey*, No. 5:25-cv-08682-NW (the "*O'Neill* Action"), alleging that O'Neill's pre-suit litigation demand was wrongfully refused;

WHEREAS, on August 21, 2026, Plaintiff Iron Workers Local Union No. 401 ("Iron Workers" and, together with O'Neill, "Plaintiffs"), on behalf of Nominal Defendant Block, filed a Verified Stockholder Derivative Complaint against certain current and former directors and officers of Block, commencing *Iron Workers Local Union No. 401 v. Dorsey*, No. 4:26-cv-08765-TSH (the "*Iron Workers* Action" and, together with the *O'Neill* Action, the "Actions"; the defendants named in the Actions, including Nominal Defendant Block, are referred to collectively as "Defendants"), alleging that Iron Workers' pre-suit litigation demand was wrongfully refused;

WHEREAS, on August 31, 2026, Iron Workers filed an administrative motion pursuant to Civil Local Rule 3-12(b) to consider whether, *inter alia*, the *Iron Workers* Action is related to the

*O'Neill* Action (the "Relation Motion") (ECF No. 16), and no party in any of the related actions filed any opposition to the Relation Motion;

WHEREAS, the Actions each assert claims for violations of the Securities Exchange Act of 1934 and for breach of fiduciary duty, challenge substantially similar alleged conduct by the Company's current and former directors and officers, and involve common questions of law and fact, including allegations that O'Neill's and Iron Workers' respective pre-suit litigation demands were wrongfully refused;

WHEREAS, the parties agree that consolidation of the Actions is appropriate under Federal Rule of Civil Procedure 42(a), which provides: "If actions before the court involve a common question of law or fact, the court may: (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay"; and

WHEREAS, the Actions involve the same subject matter, and the parties agree that the interests of judicial economy and the administration of justice would be best served by consolidating the Actions;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned parties, through their undersigned counsel, and subject to the Court's approval, as follows:

1. The Actions are hereby consolidated for all purposes into Case No. 5:25-cv-08682-NW (the "Consolidated Demand Made Action").

2. All documents previously filed in either of the Actions shall be deemed part of the record in the Consolidated Demand Made Action.

3. The Consolidated Demand Made Action shall bear the following caption:

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | | |
|---|---|---|
| IN RE BLOCK, INC. DEMAND MADE STOCKHOLDER DERIVATIVE LITIGATION | )<br>)<br>)<br>) | Lead Case No. 5:25-cv-08682-NW (Consolidated with Case No. 4:26-cv-08765-TSH) |

4. Counsel for O'Neill and Iron Workers shall be jointly responsible for coordinating all activities and appearances on behalf of Plaintiffs in the Consolidated Demand Made Action, shall have the joint authority to speak for Plaintiffs in all matters regarding pretrial and trial procedure and settlement negotiations, and shall make all work assignments in a manner that facilitates the orderly and efficient prosecution of the Consolidated Demand Made Action and avoids duplicative or unproductive effort.

5. Counsel for Defendants may rely upon all agreements made with counsel for either O'Neill or Iron Workers for purposes of the Consolidated Demand Made Action, and such agreements shall be binding on both Plaintiffs; all prior agreements reached among the parties in the *O'Neill* Action or the *Iron Workers* Action shall apply to the Consolidated Demand Made Action.

6. The parties have agreed to the following schedule for the filing of a consolidated shareholder derivative complaint in the Consolidated Demand Made Action (the "Consolidated Demand Made Complaint") and briefing on the Defendants' motion to dismiss:

| Event | Stipulated Deadline |
|---|---|
| Plaintiffs' File Consolidated Demand Made Complaint | November 13, 2026 |
| Defendants' File Motion(s) to Dismiss | January 12, 2027 |
| Plaintiffs File Memorandum in Opposition to Defendants' Motion(s) to Dismiss | March 13, 2027 |
| Defendants' File Reply Brief in Further Support of Motion(s) to Dismiss | April 12, 2027 |

7. Defendants need not respond to, move against, or answer any complaint filed in the Actions other than the Consolidated Demand Made Complaint.

8. Defendants agree to accept service of the Consolidated Demand Made Complaint, while reserving all rights and defenses.

9. Nothing herein shall be construed as a waiver of any party's rights or positions at law or in equity, or as a waiver of any defenses that any party would otherwise have, and the parties reserve all such rights.

DATED: September 16, 2026

Respectfully submitted,

By: /s/ Maxwell R. Huffman
Maxwell R. Huffman (SBN 264687)

Joseph A. Pettigrew (SBN 236933)
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
E-mail: mhuffman@scott-scott.com
jpettigrew@scott-scott.com

Jing-Li Yu (SBN 342985)
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
E-mail: jyu@scott-scott.com

Geoffrey M. Johnson (*Pro Hac Vice* forthcoming)
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
12434 Cedar Road, Suite 12
Cleveland Heights, OH 44106
Telephone: (216) 229-6088
Facsimile: (216) 229-6092
E-mail: gjohnson@scott-scott.com

Justin O. Reliford (*Pro Hac Vice* admitted)
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
222 Delaware Avenue, Suite 1405
Wilmington, DE 19801
Telephone: (302) 578-7345
Facsimile: (302) 397-2092
E-mail: jreliford@scott-scott.com

*Counsel for Plaintiff Iron Workers Local Union No. 401*

John A. Kehoe (*Pro Hac Vice* forthcoming)
Michael K. Yarnoff (*Pro Hac Vice* forthcoming)
**THE KEHOE LAW FIRM, P.C.**
2001 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 792-6676
E-mail: jkehoe@kehoelawfirm.com
myarnoff@kehoelawfirm.com

*Additional Counsel for Plaintiff Iron Workers Local Union No. 401*

By: /s/ Adam M. Apton
Adam M. Apton (SBN 316506)
**LEVI & KORSINSKY, LLP**
1160 Battery Street East, Suite 100 - #3425
San Francisco, CA 94111
Telephone: (415) 373-1671
Facsimile: (212) 363-7171
E-mail: aapton@zlk.com

Gregory M. Nespole (*Pro Hac Vice* forthcoming)
Daniel Tepper (*Pro Hac Vice* forthcoming)
Correy A. Suk (*Pro Hac Vice* forthcoming)
**LEVI & KORSINSKY, LLP**
33 Whitehall Street, 27th Floor
New York, NY 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
E-mail: gnespole@zlk.com
dtepper@zlk.com
csuk@zlk.com

*Counsel for Plaintiff Michael O'Neill*

By: /s/ Jonathan K. Youngwood
Jonathan K. Youngwood (SBN 350373)
**SIMPSON THACHER & BARTLETT LLP**
One Market Plaza
Spear Tower, Suite 3800
San Francisco, CA 94105
Telephone: (415) 426-7300
E-mail: jyoungwood@stblaw.com

*Counsel for Individual Defendants Jack Dorsey, Amrita Ahuja, Roelof Botha, Amy Brooks, Shawn Carter, Paul Deighton, Randall Garutti, James McKelvey, Mary Meeker, Anna Patterson, Sharon Rothstein, Lawrence Summers, David Viniar, Darren Walker, Amelia Childress, Brian Grassadonia, and Sivan Whiteley*

By: /s/ Jeffrey D. Lombard
Jeffrey D. Lombard (SBN 285371)

Jessica Valenzuela (SBN 220934)
**GIBSON, DUNN & CRUTCHER LLP**
310 University Avenue
Palo Alto, CA 94301
Telephone: (650) 849-5300
E-mail: jlombard@gibsondunn.com
jvalenzuela@gibsondunn.com

Brian M. Lutz (SBN 255976)
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 393-8200
E-mail: blutz@gibsondunn.com

Colin B. Davis (SBN 273942)
**GIBSON, DUNN & CRUTCHER LLP**
3161 Michelson Drive, Suite 1200
Irvine, CA 92612
Telephone: (949) 451-3800
E-mail: cdavis@gibsondunn.com

*Counsel for Nominal Defendant Block, Inc.*

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that each of the other signatories has concurred in the filing of this document.

DATED: September 16, 2026

By: /s/ Maxwell R. Huffman
Maxwell R. Huffman (SBN 264687)

**~~[PROPOSED]~~ ORDER**

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

Dated: October 22, 2026

UNITED STATES DISTRICT COURT
GRANTED
Judge Noël Wise
NORTHERN DISTRICT OF CALIFORNIA

Hon. Noël Wise
UNITED STATES DISTRICT JUDGE